District Court of the United States
for the District of Columbia

**RECEIVED**

MAY 2 1 2007

(Caption Pursuant to Mookini v. U.S., 303U.S. 201)
(Article III Court of Law)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven Vazquez
    Petitioner,

vs.

Alberto Gonzales, A.K.A. ALBERTO GONZALES
Attorney General for the United States of
America, and
Harley G. Lappin A.K.A. HARLEY G. LAPPIN
Director of the Federal Bureau of Prisons
and,
J. P. Young, A.K.A. J. P. YOUNG, WARDEN,
    Respondent.
_____/

Case No. 5:03-CR-50023-01
    1:07-cv-00486
Honorable Judge Ricardo A. Urbina

## Motion to Amend and Correct

**COMES NOW**, Steven Vazquez, pro per, requesting that this Honorable Court correct all of the documents and papers submitted on the above reference styled case as follow:

1. All individuals in Commerce ( in caps) should be caption pursuant to Mookini v. U.S., 303 U.S. 201 as Article III Court of Law for further review.

**THEREFORE**, it is now the Court awareness of my request for Article III court of Law review.

Dated: May 17, 2007

Respectfully submitted,

Steven Vazquez, Petitioner
FCI-Oakdale # 11721-035
P.O. Box 5000
Oakdale, Louisiana 71463-5000