District Court of the United States
for the District of Columbia

(Caption Pursuant to Mookini v. U.S., 303U.S. 201)
(Article III Court of Law)

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven Vazquez
    Petitioner,

vs.

Alberto Gonzales, A.K.A. ALBERTO GONZALES
Attorney General for the United States of
America, and
Harley G. Lappin A.K.A. HARLEY G. LAPPIN
Director of the Federal Bureau of Prisons
and,
J. P. Young, A.K.A. J. P. YOUNG, WARDEN,
    Respondent.

Case No. 5:03-CR-50023-01
1:07-cv-00486
Honorable Judge Ricardo A. Urbina



LET THIS BE FILED
DATE: 6/25/07
JUDGE RICARDO M. URBINA

### Affidavit for entry of Default Judgement

    **NOW COMES,** petitioner Steven Vazquez herein **pro per**, (in his proper person), not **pro se**, (on behalf of), bring this Default Judgement, pursuant to local civil rules of the District of Columbia, for the following reasons:

    1) The petitioner filed his petition on March 12, 2007.

    2) It has been more than 60 days and petitioner has yet to receive a show cause or extension from court.

    3) The rules clearly state: The requirement for return within 3 days, " unless for good cause additional time, not exceeding 20 days, is allowed".

    4) I also bring to the court's attention the Judicial Notice which was enclosed in brief, see Table of Contents #5 attached.

It is therefore incumbent upon this court, in the interest of justice, as a neutral party between both petitioner and respondents, to accept this Affidavit for entry of Default Judgement.

Dated; May 17, 2007

Respectfully submitted,

Steven Vazquez, Petitioner
FCI-Oakdale # 11721-035
P.O. Box 5000
Oakdale, Loisiana 71463-5000

## TABLE OF CONTENTS

1. PETITION FOR COMMON LAW WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

2. APPLICATION FOR COMMON LAW WRIT OF HABEAS CORPUS

3. MEMORANDUM OF LAW WITH INCORPORATED POINTS AND AUTHORITIES

4. TABLE OF CITATIONS AS FOUND IN THE MEMORANDUM OF LAW

5. JUDICIAL NOTICE-RULE 201(d)

6. ADMINISTRATION QUASI-JUDICIAL NOTICE

7. Exhibit (a) Charging Instruments and/or Indictment

8. Exhibit (b) C.F.R. '98' pgs. 736, 737, 738, & 739

9. Exhibit (c) Attorney General Letters, date' May 1 & 20, 1997

10. Exhibit (d) F.R.C.P. 32 Evidentiary Hearing [not submitted]

11. Exhibit (e) Prison and Prisoners Part-3, United States of America Congressional Record, Vol. 94-Part-7 June 15, 1948, Vol. 94-Part-8 July 26, 1948 to December 31, 1948, pgs. 9353,869, 683, & 672

12. Exhibit (f) Letter's; Office of Clerk U.S. House of Repersentatives Washington, D.C. 20515-6601, Title 18 and 21.

13. CERTIFICATE OF SERVICE