UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN VAZQUEZ,            )
                           )
            Petitioner,    )
                           )
v.                         )   Civil Action No. 07-0486 (RMU)
                           )
ALBERTO GONZALES, *et al.*,)
                           )
            Respondents.   )

**FILED**

AUG 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that petitioner's Motion to Amend and Correct [Dkt. #2] is DENIED. It is further

ORDERED that the Clerk of Court shall mail a copy of the Memorandum Opinion and this Order to petitioner at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICARDO M. URBINA
United States District Judge

Date: 8/1/07